## FLA. CEN. & PEN. R. R. CO. *v.* HAYS.

*Lumpkin, J.*—The questions of law presented in this case have been settled by repeated adjudications of this court; following the doctrine laid down in the case of *Harris* v. *Central Railroad*, 78 *Ga.* 525, the allowance of the amendment to the declaration was proper; the trial judge committed no error, and the evidence warranted the verdict.                    *Judgment affirmed.*

August 3, 1896.

Action for damages. Before Judge MacDonell. City court of Savannah. July term, 1895.

*Denmark, Adams & Freeman*, for plaintiff in error.
*Barrow & Osborne*, contra.